## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 5.1.1
### Eastern Division

John W Costello
                     Plaintiff,

v.                                       Case No.: 1:05−cv−00736
                                              Honorable Robert W. Gettleman

Mike J Poisella
                     Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 29, 2013:

      MINUTE entry before Honorable Robert W. Gettleman: Pretrial conference held on 8/29/2013. Defendant's motion in limine [272] is granted on the assumption that Harvey will be available at trial. Response to plaintiff's motions in limine is due by 9/19/2013. Reply is due by 10/3/2013.Defendant's motion in limine [274] is granted. Bench trial date of 9/23/2013 is re−set to 9/24/2013 at 10:00 AM. Pretrial conference set for 9/19/2013 at 2:15 p.m. Mailed notice (gds)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.