John W Costello
                    Plaintiff,

v.                                      Case No.: 1:05−cv−00736
                                          Honorable Rebecca R. Pallmeyer

Mike J Poisella
                    Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, September 19,2013:

      MINUTE entry before Honorable Robert W. Gettleman: Final pretrial conference held on 9/19/2013. The bench trial will be held on 9/24/2013, 9/25/2013, 10/1/2013, 10/2/2013, 10/8/2013, 10/9/2013, 10/10/2013. Mailed notice (gds)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If an order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.